UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
LOUIS VUITTON MALLETIER SOCIÉTÉ PAR :
ACTIONS SIMPLIFIÉE (SAS), :
:
                              Plaintiff, :          21 Civ. 10571 (JPC)
:
      -v-                                       :              ORDER
:
VARIOUS JOHN DOES, JANE DOES, and :
XYZ COMPANIES, :
:
                             Defendants. :
:
---------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons stated on the record during the hearing on January 3, 2022, this case, including the case docket and all filings, shall be unsealed, with the exception of the Declaration of James Ricaurte dated December 6, 2021 (the "Ricaurte Declaration"), which shall remain sealed through February 2, 2022 or until further order of the Court. In the event Plaintiff seeks sealing of the Ricaurte Declaration beyond February 2, 2022, Plaintiff shall make a sealing application to the Court no later than January 28, 2022. By January 11, 2022, Plaintiff shall file a redacted version of the Ricaurte Declaration, as proposed to the Court on January 6, 2022, publicly on the docket.

       SO ORDERED.

Dated: January 10, 2022
       New York, New York

                                                                  JOHN P. CRONAN
                                                                United States District Judge