UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS VUITTON MALLETIER SOCIÉTÉ PAR
ACTIONS SIMPLIFIÉE (SAS),

              Civil Action No.

              21 CV 10571 (JPC)

       Plaintiff,

  -against-

VARIOUS JOHN DOES, JANE DOES, and
XYZ COMPANIES,

       Defendants.
-----------------------------------------------------------X

## ORDER AUTHORIZING THE ISSUANCE AND SERVICE OF A SUBPOENA *DUCES TECUM* ON AN EXPEDITED BASIS

Upon the documents previously filed in support of its original motion, including the moving declarations of Eric Lacoma, James Ricaurte and Martin J. Feinberg, the Complaint and Memorandum of Law in addition to the further declaration of Martin J. Feinberg dated December 19, 2021 concerning the issuance of subpoenas duces tecum, and for good cause shown, it is hereby:

ORDERED, that, pursuant to Fed. R. Civ. P. 26(d) and 45, the Plaintiff Louis Vuitton Malletier société par actions simplifiée (SAS) shall be permitted to issue and serve on an expedited basis, subpoenas *duces tecum* on third party Manhattan Mini-Storage, LLC and successor entity, Edison Properties, LLC and SM I MMS, L.L.C. C/O Marc I Kunken, Casey & Barnett, LLC, 305 Broadway, Suite 1202, New York, NY 10007, in the form attached hereto as

Exhibit A, in order to reveal the identities of all Manhattan Mini Storage lessees who have been identified by Plaintiff and its agents as having exited the Manhattan Mini Storage facility located at 645 West 44th Street, New York, NY 10036 with hand trucks containing boxes whose contents are covered by sheets and some of which subsequently offered for sale and/or sold counterfeit Louis Vuitton merchandise on the streets of Manhattan, and without notice to any party.

Dated: New York, NY
      December 20, 2021

_____
UNITED STATES DISTRICT JUDGE